CJF3.11.19
MG USAO 2018R00678



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 MAR 12 PM 4:31

AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. GLR-19-0113 |
| RAHEEM BENJAMIN, | * (Possession of a Firearm and |
|  | * Ammunition by a Prohibited Person, |
| Defendant | * 18 U.S.C. § 922(g)(1); Forfeiture, 18 |
|  | * U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |

*******

## INDICTMENT

### COUNT ONE
(Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about October 17, 2018, in the District of Maryland, the defendant,

**RAHEEM BENJAMIN,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, that is, a RG model RG14 revolver bearing serial number 380062 and six (6) .22 caliber cartridges.

18 U.S.C. § 922(g)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**RAHEEM BENJAMIN,**

shall forfeit to the United States the firearm and ammunition involved in the commission of the offense, a RG model RG14 revolver bearing serial number 380062 and six (6) .22 caliber cartridges.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Robert K. Hur /AMG*
ROBERT K. HUR
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

_____
Foreperson

3·12·19
Date