## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. GLR-19-0113** |
| **RAHEEM BENJAMIN,** | |
| **Defendant.** | |

## MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Maryland hereby moves to dismiss with prejudice the Indictment pending against Defendant in the above-captioned case. Identical charges are currently pending against the Defendant pursuant to a Superseding Indictment filed in related case number GLR-19-0128.

Robert K. Hur
United States Attorney

By          _____/s/_____
Michael A. Goldsticker
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____          _____
Date                                    Honorable George L. Russell, III
                                             United States District Judge

**Advice to U.S. Marshal**:       ___ 1.   Defendant is not in custody.
     (Check one)                 _x_ 2.   Defendant is in custody and the USAO believes that:
                                            ___   a.   there is no reason to hold Defendant further.
                                            _x_   b.   Defendant should be held in Federal custody
                                                         (**explain below).
                                            ___   c.   Defendant should be transferred to custody.
                                                         (**explain below).
                                 ___3.   Defendant is deceased.

**Explanation:        Defendant is currently indicted and ordered to be detained in case number
                              GLR-19-0128.